UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LULA WILLIAMS,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

                Defendant.

CASE NO. C16-6042RSL

ORDER DISMISSING CASE PURSUANT TO FED. R. CIV. P. 4(m)

       THIS MATTER is before the Court on its own Order to Show Cause. This case was filed in this Court on December 23, 2016. Dkt. 3. On April 18, 2017, this Court issued an order to show cause why this matter should not be dismissed. Dkt. 5. Plaintiff was ordered to provide proof of service or show cause why this matter should not be dismissed for lack of prosecution by April 25, 2017. See id. As of this date, plaintiff has provided the Court with no information.

       Fed. R. Civ. P. 4(m) requires the Court to provide notice to plaintiff before the matter may be dismissed for lack of prosecution. This notice has been provided. See Dkt. 5.

//

//

1     Plaintiff has failed to provide proof of service or show cause why this matter should not
2 be dismissed for lack of prosecution. The Court hereby ORDERS that pursuant to Fed. R. Civ. P.
3 4(m), this matter is dismissed without prejudice.

4     Dated this 2nd day of May, 2017.

*signature*
ROBERT S. LASNIK
United States District Judge