# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LULA WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security administration,<br><br>        Defendant. | Case No.: C16-6042RSL<br><br>ORDER SETTING ASIDE ORDER DISMISSING CASE PURSUANT TO FED. R. CIV. P. 4(m) |

THIS MATTER comes before the Court on plaintiff's motion pursuant to Fed. R. Civ. P. 60(b)(1) for relief from this Court's May 2, 2017 order dismissing this case. The motion is unopposed. The Clerk of Court is therefore directed to reopen the above-captioned matter.

Dated this 1st day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER SETTING ASIDE
ORDER DISMISSING CASE PURSUANT
TO FED. R. CIV. P. 4(m) - 1